UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KEITH ALWARD,

    Petitioner,

v.

22ND CIRCUIT COURT, et al.,

    Respondents.

Case No. 24-cv-13109

Honorable Robert J. White

**ORDER DENYING PETITIONER'S MOTIONS TO COMPEL PRODUCTION AND FOR AN EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER AS MOOT**

    Matthew Alward is currently incarcerated with the Bureau of Prisons at the Federal Correctional Institution in Cumberland, Maryland (FCI-Cumberland). He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a state court sentence running concurrently with his federal sentence. The Court previously dismissed the petition without prejudice on prematurity and exhaustion grounds. (ECF No. 12).

    Before the Court are Alward's motions to (1) compel FCI-Cumberland to produce a six-month certified account history (ECF No. 14), and for (2) an emergency *ex parte* temporary restraining order to quash his state detainer. (ECF No.

15, PageID.41). Because the Court already dismissed the petition for a writ of habeas corpus without prejudice, it is hereby,

ORDERED that the motions to (1) compel FCI-Cumberland to produce a six-month certified account history (ECF No. 14), and for (2) an emergency *ex parte* temporary restraining order to "quash" his state detainer (ECF No. 15) are denied as moot.

Dated: January 16, 2025               s/ Robert J. White
                                      Robert J. White
                                      United States District Judge